UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:  CUTHBERT, MAUREEN DENISE
  Debtor(s)

CASE NO. 09-20411 JPK

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS
TO UNITED STATES BANKRUPTCY COURT
CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE:   J.  Phillip Klingeberger

Comes now Stacia L. Yoon, Trustee, and applies to the Court as follows:

1. I am the duly appointed Trustee and, as such, hold unclaimed property of this estate.

2. Pursuant to FRBP 3010, the following is a list of all known names and addresses of the entities that are entitled to be paid from the remaining property of the estate and the amounts that they are owed:

    Chase Bank USA NA                             $24.07
    % Creditors Bankruptcy Service
    P.O. Box 740933
    Dallas, TX 75374

3. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:    August 11, 2010        By: /s/ Stacia L. Yoon
                                                    STACIA L. YOON, TRUSTEE #16933-53
                                                    Genetos Retson & Yoon LLP
                                                    8585 Broadway, Suite 480
                                                    Merrillville, IN 46410
                                                    Telephone: (219) 755-0401
                                                    bankruptcy@grymlaw.com

**DISTRIBUTION:**
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Stacia L. Yoon, bankruptcy@grymlaw.com
Chase Bank USA NA, % Creditors Bankruptcy Service, P.O. Box 740933, Dallas, TX 75374